

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-13-00338-CR

Elias Esequiel **VASQUEZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 11-CRS-270
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice

The Appellant's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. The motion for rehearing is due January 9, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court